AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
| v. | ) Case: 1:21-mj-00420 |
| Vic Williams | ) Assigned to: Judge Faruqui, Zia M. |
| | ) Assign Date: 5/10/2021 |
| | ) Description: COMPLAINT W/ARREST WARRANT |
| Defendant | ) |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Vic Williams,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
18 U.S.C. § 1752(a)(2) - Knowingly Engages in Disorderly or Disruptive Conduct in Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D) - Violent Entry and Disorderly Conduct on Capitol Grounds;
40 U.S.C. § 5104(e)(2)(G) - Violent Entry and Disorderly Conduct on Capitol Grounds.

Date: 5/10/2021                                               2021.05.10 18:36:44 -04'00'
                                                              *Issuing officer's signature*

City and state:   Washington, D.C.                            Zia M. Faruqui, U.S. Magistrate Judge
                                                              *Printed name and title*

### Return

This warrant was received on *(date)* 05/10/2021, and the person was arrested on *(date)* 05/20/2021
at *(city and state)* ODESSA, TEXAS.

Date: 05/20/2021
                                                              *Arresting officer's signature*

                                                              STEPHEN B. FIELD, SPECIAL AGENT, FBI
                                                              *Printed name and title*