IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CRIMINAL NO. 1:21-cr-00388 |
| VIC WILLIAMS | § § § | |

# NOTICE OF APPEARANCE

**TO THE HONORABLE JUDGE RUDOLPH CONTRERAS:**

COMES NOW Chip Lewis and hereby files this Notice of Appearance as Counsel for the Defendant, Vic Williams.

Respectfully Submitted,

/s/ Chip Lewis
CHIP LEWIS
Bar No. TX0216
1207 S. Shepherd Dr.
Houston, Texas 77019
T: (713) 523-7878
F: (713) 523-7887
chip@chiplewislaw.com

## **CERTIFICATE OF SERVICE**

I certify that a copy of the above and foregoing document was delivered to AUSA Vivien Cockburn on this the 17th day of June 2021.

                                                    /s/ Chip Lewis
                                        CHIP LEWIS