IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CRIMINAL NO. 1:21-cr-00388 |
| VIC WILLIAMS | § § § | |

# NOTICE OF APPEARANCE

**TO THE HONORABLE JUDGE RUDOLPH CONTRERAS:**

COMES NOW Lauren Byrne and hereby files this Notice of Appearance as co-counsel for the Defendant, Vic Williams.

Respectfully Submitted,

/s/ Lauren Byrne
LAUREN BYRNE
Bar No. TX0217
lauren@chiplewislaw.com
1207 S. Shepherd Dr.
Houston, Texas 77019
713-523-7878 (Telephone)
713-523-7887 (Fax)

## **CERTIFICATE OF SERVICE**

I certify that a copy of the above and foregoing document was delivered to AUSA Vivien Cockburn on this the 16th day of June 2021.

_____/s/ Lauren Byrne_____
LAUREN BYRNE
