IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. 1:21-cr-00388 |
| | § | |
| VIC WILLIAMS | § | |

## UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE

TO THE HONORABLE JUDGE RUDOLPH CONTRERAS:

COMES NOW, Defendant, VIC WILLIAMS, by and through his attorney, Chip Lewis, and requests that his conditions of release be modified to include travel outside the Western and Southern Districts of Texas for business purposes. As grounds in support thereof, Mr. Williams would respectfully show the Court as follows:

I.

Mr. Williams was released on bond on May 27, 2021. He is being supervised by the Western District of Texas. As a condition of his bond, Mr. Williams is required to notify the Western District of Texas (Midland-Odessa Division), in advance, of any and all travel outside the Western and Southern District of Texas. The Defendant must also receive the Court's approval for any travel outside of the Continental United States.[1]

---

[1] Order Setting Conditions of Release – Doc 10.

Mr. Williams works as the U.S. Senior Drilling Advisor for Kinetic Upstream Technologies. His job requires him to travel to a number of cities outside of Texas, often on a short notice.[2] Mr. Williams' employer is aware of this case and stands behind him.

## II.

Mr. Williams has no prior criminal history.  Mr. Williams remains in perfect standing with Pretrial Services and will continue to abide by his conditions of release for the pendency of this case.  Further, Mr. Williams will stay away from Washington, D.C., in accordance with his conditions of release, except for attendance of Court proceedings.

## III.

The Government is unopposed to this request.

WHEREFORE PREMISES CONSIDERED, Mr. Williams respectfully prays that this Honorable Court modify his conditions of pre-trial release accordingly so that he can travel outside the Western District of Texas for business purposes.

Respectfully submitted,

_____/s/ Chip Lewis_____
CHIP LEWIS
State Bar No. TX0216

---

[2] See Exhibit A: Letter from George Sutherland, President of Kinetic Upstream Technologies

Federal ID No. 24313
chip@chiplewislaw.com
1207 S. Shepherd Dr.
Houston, Texas 77019
713-523-7878 (Telephone)
713-523-7887 (Fax)

## CERTIFICATE OF CONFERENCE

I hereby certify that I have spoken with AUSA Vivien Cockburn, who is unopposed to this Motion.

           /s/ Chip Lewis
CHIP LEWIS

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of June 2021, a true and correct copy of the foregoing Motion was delivered to the Government via email.

           /s/Chip Lewis
CHIP LEWIS