IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. 1:21-cr-00388 |
| | § | |
| VIC WILLIAMS | § | |

## UNOPPOSED MOTION TO CONTINUE STATUS CONFERENCE

TO THE HONORABLE JUDGE RUDOLPH CONTRERAS:

COMES NOW, Defendant, VIC WILLIAMS, by and through his attorney, Chip Lewis, and requests this Honorable Court continue this case by at least forty-five (45) days. As grounds in support thereof, Mr. Williams would respectfully show the Court as follows:

1. A status conference is scheduled for August 25, 2021 at 11:00am.

2. Undersigned Counsel began trial for *The People of California v. Robert Durst*, Case No. SA089983, on May 17, 2021. The trial is expected to wrap-up within the next few weeks. However, since Undersigned Counsel has spent the majority of the past four months in Los Angeles, he has been unable to sit down and review the plea agreement with his client. Therefore, Undersigned Counsel requests additional time to conclude this trial, so he properly confer with his client before a status conference.

3. The Government is unopposed to this request, and the Government has agreed to extend the plea deadline for forty-five (45) days.

WHEREFORE PREMISES CONSIDERED, Mr. Williams respectfully prays that this Honorable Court continue the current status conference for at least forty-five (45) days as is consistent with the ordely dispatch of the Court's docket.

Respectfully submitted,

/s/ Chip Lewis
CHIP LEWIS
State Bar No. TX0216
Federal ID No. 24313
chip@chiplewislaw.com
1207 S. Shepherd Dr.
Houston, Texas 77019
713-523-7878 (Telephone)
713-523-7887 (Fax)

## CERTIFICATE OF CONFERENCE

I hereby certify that I have spoken with AUSA Laura Hill, who is unopposed to this Motion.

/s/ Chip Lewis
CHIP LEWIS

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of August 2021, a true and correct copy of the foregoing Motion was delivered to the Government via email.

/s/Chip Lewis
CHIP LEWIS