IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. 1:21-cr-00388 |
| | § | |
| VIC WILLIAMS | § | |

### DEFENDANT'S NOTICE OF CHANGE IN RESIDENCE

TO THE HONORABLE JUDGE RUDOLPH CONTRERAS:

COMES NOW, Defendant, VIC WILLIAMS, by and through his attorney, Chip Lewis, and provides this written notice of change in residence.

I.

Mr. Williams was released on bond on May 27, 2021. Condition number three of his conditions of supervised release requires "the defendant must advise the court or pretrial services office in writing before making any change of residence or telephone number.[1]"

At the time of his release, Mr. Williams was residing in Odessa, Texas. Prior to his arrest, Mr. Williams and his wife were actively looking for property in Arkansas in order to relocate to a community suitable for their retirement and closer to family. The Williams put their home in Odessa up for sale. Mrs. Williams found a property to their

---

[1] See Attachment A – Order Setting Conditions of Release (Doc 10).

liking and the Williams purchased same – their new home is located at 224 Cherokee Dr., Fairfield Bay, Arkansas, 72088.

The Williams hoped their home would sell before closing on the Arkansas property, but that hope has yet to materialize.  Mr. Williams cannot continue to pay the expenses of two households, so they have chosen to list the Odessa property for lease until a suitable offer to purchase is received.

II.

Mr. Williams remains in perfect standing with Pretrial Services and will continue to abide by his conditions of release for the pendency of this case.  Further, Mr. Williams will stay away from Washington, D.C. in accordance with his conditions of release, except for attendance of Court proceedings (if required).

Respectfully submitted,

/s/ Chip Lewis
CHIP LEWIS
State Bar No. TX0216
Federal ID No. 24313
chip@chiplewislaw.com
1207 S. Shepherd Dr.
Houston, Texas 77019
713-523-7878 (Telephone)
713-523-7887 (Fax)

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of November 2021, a true and correct copy of the foregoing Motion was delivered to the Government and Pretrial Services via email.

                                           /s/Chip Lewis
                                           CHIP LEWIS