IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. 1:21-cr-00388 |
| | § | |
| VIC WILLIAMS | § | |

**STATEMENT OF NO OBJECTIONS**
**TO PRESENTENCE INVESTIGATION REPORT**

Defendant, Vic Williams, registers no objections to the Nonguideline Misdemeanor Presentence Investigation Report, prepared on December 20, 2021.

    Respectfully submitted,

    s/ Chip Lewis
    CHIP LEWIS
    Federal ID No. 24313
    SBN:00791107
    1207 S. Shepherd Dr.
    Houston, Texas 77019
    T:  (713) 523-7878
    chip@chiplewislaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 10th day of January 2022, a true and correct copy of the foregoing Statement of No Objections was delivered to Laura Hill, Assistant U.S. Attorney, and Crystal Lustig, United States Probation Officer, via email.

                                                                   _____/s/Chip Lewis_____
                                                                   CHIP LEWIS