now one of my spiritual mentors, and he has been a strong influence in my personal recovery and walk with the Lord. *The Ride* will be a blessing to you as it has been to everyone who reads it. If God can change Larry's heart, God can change your heart! You only need to open your heart and mind to the Word of God, and let Him perform miracles in you as He did in Larry."

**Doug Hayes**, Facility Director, Rob's Ranch
Addiction Treatment Center – Purcell, OK

"Larry could not have come up with a better title, *The Ride*. I met Larry on his journey at my former job in the Department of Corrections. Although he looked like the hundreds of men around him, there was something different about him. He was on a journey, and it was apparent that it was a different path than his peers. *The Ride* is not about Larry following his roadmap in life, but about picking his way and choosing his path. How he went from screaming out of control on a one-way road headed to a dead-end to where he is now, is an amazing story that will encourage anyone that they also can be on a ride to success and a full life. It is a privilege, and I am honored to write this endorsement for Larry Andrews, a man once identified with a DOC number, to a man of integrity sharing his amazing story with the world. If the opportunity arises and you, as I did, want a change of course on your ride, meet Mr. Larry Andrews, and share your ride with him and let him share experiences of his own."

- **Vic "Stiemy" Williams**, Business Development, Halliburton
– Houston, TX; Former DOC Corrections Officer,
Howard McLeod Correctional Center – Atoka, OK

"I have known Larry for over fifteen years, and he has always been a blessing to me and to the church. I met Larry in Holdenville, Oklahoma. We were blessed with several groups holding outdoor tent revivals during the early-2000s, and Larry was very instrumental in leading praise and worship in all of them. He certainly has a love for praising our Lord and Savior Jesus Christ. But Larry, like all the rest of mankind, was not always saved. He fell in an environment of drugs and alcohol, and like millions of other people, his life went spiraling down to the point of incarceration. But the Lord Jesus Christ delivered Larry, like He delivered me and many others from all our sins and changed our lives. Larry's book, *The Ride*, demonstrates God's healing power to those who are tired of their lifestyle and want change. The

EXHIBIT A

