

# ST. MONICA SECONDARY SCHOOL LUBAO
## P.O.BOX 19 LUBAO
### Email:monicalubao@yahoo.com

**Ref :ST.M.L.S.S/13/1/302**

**Date:10/9/ 2021**

**TO WHOM IT MAY CONCERN**

**RE;COMMENDATION-VIC WILLIAMS (US)**

After reflection and soul searching as a Kenyan high school administrator my institution and I on behalf of:

1. Erick (Education F3-F4)
2. Willis (Education F2-F4)
3. Arnold (Education F3-F4)
4. Angolio (Education F2-F4)
5. St.Paul's Lugari boys high school (Sunk borehole)
6. St.Paul's Lugari Primary school (Sunk borehole)
7. Lubinu Community (Pig rearing demon. Farm)

Do celebrate VIC Williams for the acts of charity he did as mentioned. It takes God's hand and spirit to have one, who denies self for the sake of those who otherwise would have not had an opportunity for education, clean drinking water and demonstration farm for pig rearing.

VIC Williams remains in the hearts of those he touched especially those orphaned boys he took up and support their needs and school fees.

May Gods blessings abundantly flow through his family.

Regards

**Dr.Echesa Peter**
**Principal**
**+254722577100**



August 11, 2021

To whom it may concern,

I am Vic's daughter. It has been tougher than I would imagine to write this, because it is hard to adequately describe my dad with words.  Sure, there are many adjectives I could use to describe him, but none feel as if they do him justice.  He is the dad that I wish everyone had a chance to grow up with. I think the world would be a better place if everyone could. He spent years working out of state, and sometimes even out of country, but always had a presence in mine and my sister's lives. There were times he'd be on rig sites and have no phone service so he'd email us just to make sure he was giving us pep talks, life advice, and know what was going on at home.  As far as role models go, I couldn't have asked for a better one for myself and now my son. He's always worked hard at everything he does and strives to be the best at everything he does in life. He has a bigger heart than anyone I know. He's touched the lives of people all across the world and had an impact that most can only imagine.  You'll be hard pressed to find someone who truly knows my dad and has something bad to say about him. He's the type of friend that would give you the shirt off his back if you needed it.  I know many people believe they have the world's best dad, but I actually do and my son has the world's best grandpa. I don't know what I'd do without him, and I hope I don't have to find out for a long time to come.

Best regards,

Kelssi Williams

10 June 2021

TO WHOM IT MAY CONCERN:

I am writing in support of Vic Williams.

I have not known Vic for an extended period of time (since NOV 2019) however during this short stint he has been nothing but a spectacular friend and is now considered family. My family and I first had the pleasure of meeting him and his family over the Thanksgiving holiday 2019. We were able to meet my great nephew, Lincoln, during this time (Vic's grandson). We met again the following year with both times at his home. He was a most gracious host and my family enjoyed the time we spent together. Vic is truly a man who puts God and family first and it shows. Heck, we've also has the pleasure of hosting his family at my home, as well.

Furthermore, Vic Williams unquestionably embodies the persona of a patriot. My conversations with him has covered topics ranging from service to the nation, family obligations, and what is right/wrong. Very enjoyable. He has a nephew currently serving in the US Army and I, myself, am an Army Veteran that will be retiring after 24 years of service this December. Vic is the type of patriot that I love to serve and I know he greatly, and directly, supports the military. He has shipped countless bags of his own coffee overseas to US military service members not only on his dime but also based on donations from other patriots; it's fantastic by the way.

Vic is a remarkable friend and is one you want on your side when you need someone to listen to you. I hope you listen to him and hear his words. They are not one of a shallow man nor someone that breaks the law. He is a family man, honest, loves America, and is a loyal tax-paying citizen of the United States. You can't ask for more than that.

Digitally signed by
TANG.BRUCE.THAI.1186850007
Date: 2021.06.10 09:02:29 -06'00'

BRUCE T. TANG
SFC, USAR
Operations Sergeant

## ACKNOWLEDMENT LETTER

For Stierny

This is to acknowledge that the above named person is well known to me. I have a personal connection with him for he made my dreams true. He saw me through my high school studies by paying for my tution fees and a lot more personal needs. A God fearing man and one who stood for a lot of dreams back in Kenya. He wanted the society to have access to clean water among other standards of life. A personal friend and a brother to me

ERIC OTANO

KENYA

For Williams

Vic is a great man of
God that saw my dreams and
those of my family come true,
Remembering the dreams we
shared anytime he would
Visit kenya. A open hearted man
to all races around the world.

Nancy From Kenya.



for vic

He brought us water in our school bags in Kenya. He is loved in the whole village and has a big dream for Kenyan schools going like myself. He is missed back here and we at Lugari primary kids are waiting for him to visit again.

Endline

from .Kenya



For williams

Vic is a Joy for Joyful man I met him when he visited my school [lugari rai School] back in my village kenya- He brought Joy to us and can't wait for him to achieve his feeding program for us and many other kids in my school.

EDMOND
From KEMA.

6-13-2021
To Whom It May Concern:

My name is Kimberly Belvin. I have known Vic Williams for more than 25 years. He currently resides in Odessa, Texas with his wife Missy.
I met Vic and his wife at a small church in my hometown of Boswell, Oklahoma. Vic and Missy along with their two daughters Kelssi and Kylie became instant friends.
I was in disbelief and shock when I heard of Vic's arrest and the charges being brought against him by his own government.

Vic is known for his good deeds in our small town. He was on the town council, worked as a reserve police officer, and was known for always being the first to volunteer when a job needed to get done.
Vic is passionate about God, his family and he is a true Patriot. He is a hard worker, who works in the Oil and Gas industry in sales, as well as owns his own Small Business, Stiemy's Craft Roast, which gives a portion of its proceeds to veterans. Vic also served in the Navy Reserves.
He and Missy started Called To Dream, a Non Profit Organization, that digs water wells in Africa. They, along with their daughters and Missy's father Rick Selby, have made several trips over the last 10 years.
Vic is an honest man who values honesty and truth. Vic is a Christian but he doesn't get hung up on playing "church". He is a man of his word and one of the few people left with real integrity. He stands up for who and what he believes in and will defend those beliefs.

Vic is also one of the most intelligent and knowledgeable people I know. If he doesn't know the answer, he has the brains to know where to look or who to ask. He is also able to get others to comprehend whatever he is discussing, no matter the subject level.
Vic loves Jesus! If given the opportunity, he will sit down and tell you all about Jesus and how much Jesus has done in his life. Vic and his family have been ridiculed many times for their faith. Their children have been harassed because of it but still he stands steadfast in his beliefs. Vic has been through many things that test a person's faith and kept his faith in God.
I count Vic as one of the "Good Guys" due to the fact he is always trying to do what will help everyone instead of what will help just him. That's rare to find these days, most are only concerned with what will help them. I'm happy to call Vic my friend and even more so to call him family.

Thank you,

Kimberly Belvin

To whom it may concern,

  I've known Vic Williams for 14 plus years. We met through our church and the Christian academy that our children attended together. Our families became quite close while raising our kids together through school and church activities. One of the best parts of having Vic as a friend is you always knew you could count on him for anything, at any time. He is one of the most loyal, supportive people I know. He shows what unconditional love and friendship is to all that are fortunate enough to have him in their lives. I've watched him mentor and guide many kids that needed advice and someone to have their back. His unwavering support in them has helped them succeed as adults and brightened many of their days.  Vic always taught them strong morals, work ethic and how to be an upstanding citizen and family man. His passion for helping those less fortunate wasn't just an occasional thing for him and his family. This was a daily occurrence. His greatest joy, outside of his family, was bringing a smile to someone else's face. From a surprise Santa gift at Christmas, college and private school scholarships to water for an entire village, he never stopped giving!

I pray daily that this terrible misunderstanding is righted so that he can continue to do the good works and blessings that he's known for.

Thank you,

07/15/2021
Aimee Atkinson Dennis

6/12/2021

To whom it may concern,

I will never forget my high school years. Not, because the life of sports or all the other adventures high school may have brought with it, but because I had a mentor who changed my life forever. Vic gave me a book on my graduation day by John C. Maxwell called The 21 Irrefutable Laws of Leadership, and to this day I carry that book with me and reflect back to it. He was like a father to me and showed me what leading by example really meant. His family always came first but his family was bigger than just blood related. Vic's presence brought a sense of love and comfort in every room he walked in. Though he stands strong he walks humbly as a leader should. To this day my friendship and mentorship with Vic will always remain special to me.

Vic's Friend,

Hunter Principè

6/13/2021

To Whom it may concern:

I met Vic Williams about two years ago through my husband, LD Burton where they both worked together at Scientific Drilling. I met Vic on several occasions, including company lunches and personal events.

Through this time we became good friends and I simply cannot say anything but good things about Vic.

He alway has a cheerful demeanor and is always willing to extend his help whenever it is needed. When my husband lost his job due to the oil crash and covid layoffs, Vic went to bat for my husband and ensured that my husband would get his severance as promised, which gave us a bit of breathing room as we tried to figure out where to go from there. Without Vic pushing the company to keep their word, we doubt we would have seen a dime of it. Vic was kind, thoughtful and empathetic through the whole process, even going as far as saying he'd walk or give up his job if it meant another person in the company could keep theirs. That takes a selfless character and I admire that!

On a more personal level, through our interactions I have gotten no other impression from him besides being a God-fearing, respectful, compassionate and light hearted man who would give the shirt off his back for someone in need.

I am extremely thankful to know and him a friend!

Sincerely,

Elizabeth Burton

6/20/2021

To whom it may Concern:

I've known Vic Williams for about 12 years now, as a friend and a co-worker. Really have nothing negative to say about him. He has always been a great friend, can't think of one person that didn't like Vic Williams. He was always a good worker, always on time and he was a team leader. One of the best things about Vic Williams is his heart. Guy has the biggest heart of anyone I know, and always had respect for other people, just as everyone respected him as well. Respect is a hard word to come by these days!

Sincerely,

Brian Butler
(713-408-8633)

To whom it may concern:

June 7, 2021

I am writing this letter on behalf of Vic Williams. My name is Teresa Morris, and Vic is my cousin. I have known him for 49 years now and he is more than family to me. I was a pre-school teacher for around 9 years or in the Early Childhood Education Field. I moved from California to Nevada and now I work for Walgreens. Vic has been a special part of my life forever and is much more than family to me.

Vic has always loved God and has followed him and done great things for him in his life.  He is the founder of Called to Dream Foundation and has reached out to people and children in Kenya to help provide clean drinking water, food, clothing and schooling for them. He is someone that will help a person no matter what is going on in their life. He brought a boy from Kenya to America and the love of God in that boy was amazing. He has helped many along the way and I am an example of what he inspired me to be a new person.

Vic has a love in him that I have never seen before. He had a hard life growing up but he always had God and his family to help him. He is a big dreamer, and not only does he dream but he does it. He went to Bible School and worked for the prison system in Oklahoma.  He has raised with his wife Missy two beautiful and successful daughters that are married and one has given him the joy of his life, a grandson.

On January 6th, he did not take part in any type of violence and has a clean record. Vic loves his country and will stand up for what it means to him. Vic will always stand up for his country and would be the first person to admit that he was wrong, but he will never apologize for being who he is. He is a man of faith and loves God and his family and would never hurt anyone.

Sincerely,

Teresa Morris

06/05/2021

To whom it may concern,

I am writing in regards to Vic Williams. I have known Vic for over 20 years. I first met him while working together after his family moved from California to Oklahoma. Vic has a love for people. Early on in knowing him, I recognized his drive for knowledge about God, his government and the ppl that make up his community. He seems to have always had a need to learn and know more about how things work and why they work the way they do. He is always interested in history whether it be Bible history, community history, family history or our country's history. The knowledge he sought was always for a purpose. Whether it be to understand his environment, to mentally document the "why and how", or to try to promote change for the betterment of his family, his community or humanity, he is always in pursuit of information that serves the greater good. Vic is a man of faith. He has worked hard and has always been a productive citizen. He has been a good husband and a father to two amazing daughters. He has helped numerous people along his journey in life. People who were struggling with mental health, addiction, people down on their luck and people who just needed someone to believe in them. He is a very giving person who does what he can to help others in need. He is a founder of a nonprofit that helps provide clean water and other necessities in Africa. He has always been proud to be an American, and has no record of any criminal activity. He is the very definition of a productive citizen and a patriot willing to stand for our country, it's values, beliefs, and laws. He also stands for God. He loves people. Not just one race, one party, one religion….all people. Vic did NOT participate in any violence that occurred at the capital. His videos and pictures documented the setting, the speeches and the aftermath of the events, much like a reporter does. In all my years of knowing Vic he has never shown any violent tendencies, and always been a law abiding citizen. I believe in our country and our judicial system, and I implore you to right this wrong. Vic Williams is a Christian, a husband, a father, a citizen, a patriot, and by definition a good man with no history or inclination of the charges against him. We cannot allow our citizens to be prosecuted or persecuted based on their political beliefs, or their right to be present to witness their government at work. The very essence of our government makeup is involvement and participation in our system by its citizens. Vic Williams was present to witness and document the electoral process at work, not to commit crimes, inflict violence or destroy property. Again, I implore our justice system to right this wrong. May God Bless Vic Williams and his family for the trials they have endured through this process, and I pray justice will prevail.

Sincerely,

Alisa Amiott

Kimberly S. Cooper
223 North 13th Avenue
Durant, Ok 74701

June 06-06-2021

Re: Vic Williams

To whom it may concern,

I have known Vic Williams as a good friend and neighbor for over 17 years. I was both unsettled and surprised to hear about his recent case as he has always been a solid person. It is for this reason I am happy to write a letter of reference for Mr. Vic Williams regarding this matter. I understand the seriousness of this matter, however, hope the court will see Vic's character and know he is a man of peace at all times.

Vic Williams has been a man of upright character in the community. In our friendship, he has really been an inspiration of hope for me, especially when he was unemployed and searching for a job. He made it a point to be there for others and show a significant amount of support during his sudden and arduous job search. It was during that difficult time; Vic Williams started a non-profit organization supplying clean water in rule regions in Africa. His life demonstrates respect, kindness and empathy for others no matter his difficult circumstances. He is a man that leads by example for his family and community. He has shown his integrity does not change by tough conditions nor his benevolent heart for others. Vic has truly been a good trustworthy friend over the years.

In addition to our friendship, he has been an upstanding member in our neighborhood. Despite the current case, I still believe that Vic Williams is an honorable individual, a valuable member of our community, and a good human being.

Sincerely,

Kimberly Cooper

Kimberly S. Cooper

6/11/21
Roxanne Worsham
10043 Del Monte Drive
Houston, Texas 7742

To The Honorable Judge

It is such an honor for me to write on behalf of my friend Vic Williams.  There is no doubt in my mind that Vic is highly devoted to God.  He loves his family immensely, and he also loves our beloved America.

Vic roasts coffee beans so he can bless others with his craft and his profits.  Vic helps digs wells in Africa for those less fortunate.  He is always giving and serving no matter what he is going through. I know very few who have contributed to society and his fellow man more than Vic has.

In the short time that I have known Vic Williams, he has spoken so much life and hope into me. He has encouraged me when I was down and needed godly counsel and sound advice.

My dad taught me a lesson when I was a young girl.  He told me that I didn't get to choose what family I was born into, the color of my eyes, nor the color of my skin.  One thing I have complete control of is the kind of person I would be.  He then told me about choosing honesty and integrity over position and platforms.  He concluded our conversation with these words, "Choose wisely."

Because of that life lesson, I examine every thought, action, and deed under the microscope of choosing wisely.  It is also how I choose my friends.  It is my good privilege and honor to be friends with Vic Williams.  I would choose him over and over again.

Thank you so very much for your time.

Respectfully submitted,

Roxanne Worsham

6/10/2021

To whom it may concern,

 I am writing as a witness of my knowledge of Vic Williams. I have known Vic for 25 years. We have attended church together where Vic was a leader in the ministry. Over the years I've become personal friends with him and his family. He has done many missionary trips overseas. I have always known him to be an honorable Christian man. When I first met him he was a prison guard. As to my knowledge he has always been a lawful person.


Sincerely,

Doug Crawford

6/22/2021

To Whom It May Concern

My name is Jishnu Sharma. I am writing regarding Vic Williams.

I have known Vic for almost 5 years now. Vic was a colleague of mine and we really enjoyed working together in the team and then we became family friends. I have known the very best of Vic always during the time we have spent together. Vic has a lot of passion for what he does, and it shows through. Example, he selflessly cared for underprivileged children in developing countries through his charity work. His close connection to God radiates through his positive approach towards life in general. He believes & stands for the truth. He firmly believes in good for everyone and anyone who misjudges him really needs to get to know him. He is a family & a devout Christian who stands for the good of everyone.

I wish Vic & his family all the very best.

Regards,

Jishnu Sharma

6/24/2021

To whom it may concern:

I have had the pleasure of knowing Vic Williams and family for over 22 years. He has been a longtime family friend of ours. I first met Vic when I was a teenager at our local church.

Vic has always been very involved in church and the youth groups. He has inspired me in many ways growing up.

Minimal research of Vic will show he is a follower of Christ, a man of character, and has a big heart for people and also helping others in any way possible.

I have personally seen God work through Vic in many ways through the years, he has been a large asset to our church, for companies, and foundations to be an inspiration to many and making this world a better place. God's hand is on Vic Williams.

Sincerely,

Joe Lee
(580)513-0404

6/19/21

To whom it may concern,

We've known Vic Williams for 18 years.  He is a hardworking man that loves the Lord, his family, friends, and just people in general.  He is very gentle and always has others in mind.  He raised two beautiful girls, been married to the same woman for 27 years and has been a Christian all his life.  He would not do anything intentional to hurt this country, his family or himself.  Vic is a guy that would drop everything to be at your side in time of need.  It's inconceivable for us to believe that Vic would ever do anything that he thought would harm individuals or his country in the manner in which he is accused.

Mike & Kristi Hance

June 8, 2021

TO WHOM IT MAY CONCERN:

I have known Vic since he was a young child.  Vic's mother and I were childhood friends
as our fathers were friends.  His mother and I went to high school together and have kept
in touch throughout the years.  Our sons also went to school together and played high
school football together.  Vic was at our home many times visiting my son and swimming
in our pool.  He was a nice and respectful teenager.  Vic was raised in a Christian home
and regularly attended church.  I have seen that he has grown to be a kind man and
responsible adult.

PATRICIA SOLES

6/20/2021

My name is Chase Stampley. I met Vic Williams back in 2013. I met him a few weeks into my senior year and I knew just from talking with him the first time that he was the type of person that would be there for someone no matter the circumstance. I had gotten into some trouble at school and was on the verge of getting suspended and at that point I really didn't care about the outcome. I didn't have anyone that wanted to fight for me to keep me in school. Vic Williams whom I met just a few weeks before  went to the school and fought for me. He saw something in me that no one else did. I ended up not getting suspended and finishing school. It is because of Vic that I am where I am today in life. His non-profit, Called to Dream Foundation, gave me a $1,000 scholarship for my first year of trade school. I am now a successful electrical contractor because he didn't give up on me like everyone else had.  He has the biggest heart around and would give anyone the shirt off his back.

Sincerely,

Chase Stampley

6/19/2021

I am writing on behalf of Stiemy Vic Williams. Mr Williams and I have been friends for over 10 years. In this time he has proven to be a fine and responsible person. We have attended the same church and are friends with his family.

Stiemy and his wife Missy have dedicated their lives to helping others including travels to Africa where they took money out of their own pockets to build water wells for poor villages. Stiemy has a good and giving heart and would give the shirt off of his back to help others. He also loves our country and would never commit violence against the country he loves so much. I don't know much about his case but I do know much about my friend Stiemy Vic Williams, he is an honorable and trustworthy man and I hope the court takes all of this in serious consideration.

Respectfully,

Paul Harris ND

June 14th, 2021

To Whom it May Concern:

My name is Tiffany Smith-Langley from Durant, Oklahoma. I am writing this letter to let you know, in my opinion, the type of person Stiemy "Vic" Williams is. I have known Stiemy "Vic" for over 15 years. It is an honor to be able to call him my friend. Throughout the years I have seen him care for his neighbors, community, and dig wells in Africa. Stiemy would give you the shirt off his back and his very last dollar, to help those in need. My husband and I purchased our house from Stiemy and Missy. Stiemy allowed us to move in early, before closing, so we could get settled before my husband, Eric Langley, left out with the military. Stiemy will never know how much this meant to me.

I know Stiemy to be dependable, responsible, honest, and courteous. He is a man of high character and morals. He has a servant's heart and a heart for God, family, and country. He has always been willing to stand up for what he believes but would never hurt someone in the process. I am grateful for his friendship.

If you have any further questions, please feel free to call me at (580)775-5459.

Sincerely,

Tiffany Langley
337 Englewood Drive
Durant, OK 74701

21 June 2021

To Whom It May Concern,

I write this letter to state my opinion of Vic Williams personally and professionally. I worked with Vic Williams during my employment with Halliburton Energy Services. He is a mentor and a leader in sharing his knowledge and experience with his colleagues.

Outside of work, he helps people in need and set a good example of a model citizen. I worked with Vic in helping raise donations for an orphanage. He is passionate in improving the human condition and setting a good path for the future of the orphans.

Please contact me if there is any question or concerns related to Vic and the good work he's been doing.

Sincerely,
Vungh Khai
918.629.5596
Vungh.Khai@okstate.edu

6/11/2021

To whom it may concern:

I was fortunate enough to meet Vic Williams several years ago through work at Scientific Drilling. I quickly realized he was a great man of courage and fortitude and was someone who was always willing to do the right thing regardless of the outcome. This is a rare thing in the oil and gas industry and I was drawn to him because of it. I watched him change the morale at our company by treating everyone fairly and equally. I think everyone that had the opportunity to work with/for him would gladly do so again anywhere he goes. I have personally seen him help the undeserving multiple times and heard him say "we all need another chance sometimes".

I learned of his non-profit work in Africa and his other generous charity work which he never bragged of or spoke of personally. He is a kind and generous person who cares more for his family and others than anyone I know. I have spoken with him a great deal concerning our country and faith in God. I know him to be a man of great faith and a patriot who would never do anything to hurt our country or anyone in it. I truly feel he is a leader amongst men and hope to follow in his path as he navigates these troubled times.

Sincerely,

Justin Stuever

6/14/2021

To Whom it may concern,

My name is Larry Burton and I am writing on behalf of Vic Williams.

I had the pleasure of working with Vic during my time at Scientific Drilling International and found him to be pleasant, hard working and a fair man.  Vic and I became fast friends at work and translated that to a friendship that extended beyond the workplace.

I have been to Vic's house many times and shared meals with him and his family where we enjoyed VR games together, told many stories of his trips and humanitarian efforts to Africa and generally just enjoyed the company of The Williams.

We shared the fact that we are both true patriots who love this country.  The man has a wonderful heart and soul.


Sincerely,

LD Burton

JUNE 7, 2021

TO WHOM IT MAY CONCERN:

I HAVE KNOWN VIC WILLIAMS AND HIS FAMILY FOR MANY YEARS. AS FAR AS I AM
CONCERNED YOU COULD NOT ASKED FOR A BETTER FAMILY MAN THAN VIC....HE
HAS WORKED HARD TO PROVIDE FOR HIS FAMILY....HE WORKED HARD AS A
TEENAGER PLAYING SPORTS...AND NEVER CHEATED ON ANY GAME HE PLAYED...AS
FAR AS I AM CONCERNED, HE IS AS UPSTANDING CITIZEN AS YOU CAN GET

HE DOES BELIEVE IN WHAT OUR COUNTRY WAS FOUNDED ON AND THAT IS THE
RIGHT TO BELIEVE AND PRACTICE YOUR RELIGION...VIC IS NOT A VIOLENT MAN AND
LOVES TO HELP WHENEVER HE CAN AND I SAY THAT BECAUSE NOT MANY OF US
WOULD GO TO AFRICA AND HELP THE PEOPLE AND CHILDREN THERE AND SHOW
THEM HOW TO DIG WELLS AND PROVIDE BETTER FOR THEIR FAMILIES...

IF I EVER NEEDED ANYTHING I KNOW I COULD RELY ON VIC TO COME THROUGH...

THANK YOU,

Lynn Freeze
TAFT CALIFORNIA

July 15, 2021

To Whom it May Concern:

I have known Vic Williams and his family for five years. He is a wonderful husband, father, and grandfather. The term "family man" was created just for him. In addition to raising his two daughters, Vic has opened his home to nieces and nephews when there was a need. Vic has always stepped up to help those in need. On multiple occasions, I have witnessed him sacrifice his time and money to help a family member, friend, or stranger.

Throughout all the personal hardships in his life. Vic has chosen to be positive. His positivity is an encouragement to others. Vic's personal mission is to uplift everyone he meets. I have received countless and much needed words of encouragement from him. The world needs more people like Vic Williams who are always ready to offer an encouraging word.

Three of the most important things to Vic are his faith, his family, and his country. He prays for his country's success every day. He has no intention to harm the country he loves. In the five years I have known him, Vic Williams has provided for his family, helped those in need, and loved his country. He is nothing less than a great American.

Sincerely,

Autumn Zimpfer

June 28, 2021

I'm writing this today to let you know some facts about Vic Williams. I have known him for approximately 27 years. Vic is a wonderful husband, father and an exceptionally hard worker. He always puts the needs of others above his own.  During a very very difficult time in my immediate family's life Vic offered to let our 15 year old son move from California to Oklahoma to live with him and his family. It was detrimental to my son's well being that he got out of the toxic environment that had been created. Vic, along with his wife Missy, gave our son a home where he could be nurtured and feel safe. They asked for nothing in return except for my husband and myself to get our lives straightened out so our son could once again have the life he had known and deserved. Vic would always call myself and my husband to counsel us, not to judge us, but to put our feet to the fire because he knew we could do so much better than we were doing. There are many stories I could relate to Vic's selflessness such as taking multiple trips to Africa to build water wells for the people of those countries that so desperately need them. Vic is your average blue collar, hardworking God fearing man. The fact that he has been put in this situation is astounding to me. He is not a criminal in fact very far from it. Vic loves God, his family and his country in that order, but he is also the person who would help a stranger at the drop of a hat.

Sincerely,

Alicia Martinez

06/08/2021

To Whom It May Concern,

My name is Brian Kincaid from Taft, Ca. I am writing this letter to let you know, in my opinion the type of person Vic Williams is. I am at a loss for words that anyone would try and portray Vic Williams as the type of man that he is being accused of. I have known Vic for over 25 years. I went to school with him and I am very close friends of his wife's family.

Vic Williams is a god-fearing man. What does that mean? It means he behaves according to the moral rules of his religion. Key word there... morals. He has morals and respect. He is a kind loving family man and a proud American.

In conclusion, I would like you to know that I personally would trust Vic Williams to be there for myself or my family even if I hadn't seen him in a few years because that is the type of an amazing family man, friend, and American that he is.

Sincerely,

Brian D Kincaid

509 McKinley Street

Taft Ca. 93268

(661) 293-0531

Briankincaid75@yahoo.com

6-7-2021

I have known Vic Williams for about 30 years and can honestly say that he is one of the most caring, giving people that I have ever had the pleasure of knowing. I have personally witnessed him and his wife give to people when they had to do without themselves in order to help others. And everything they have is because of his hard work. Nothing has been given to them in fact I know of a con man who swindled them out of $100k using our Lord for the con but that didn't stop him from giving. After that he and his wife started a non-profit organization named Called To Dream and continued to give of his hard earned money and time to help less fortunate people around the world which truth be known is financed about 95% by him. Vic is a faithful husband, wonderful father and a good Christian man. The picture that the media is painting of him is totally false!

Thank you,

Victoria Selby

6-8-21

Greetings to you.

 I would like to share my opinion on Bro.Vic Williams.  Last year we were both friends on Facebook.  Later our communication is strong and we are good friends.  I heard him speak online and know about his non profit and generosity..  I attended two times and learned good Knowledge.

 He has been giving and helping the poor in our community.  He is willing to come to my place where I am working as a Gospel preacher in India.  I am a petroleum engineer and he put my resume in for me to companies.  He is ready to come after covid end.

 I observed his way of speaking and his attitude.  He is a very Faithful man and he always depends on God's word.

 I Thank God for giving me as a Christian Friend who  can encourage us spiritually.


Thanking you
Your sincerely

T kishore Kumar ( GOSPEL Preacher)
Andhra pradesh
S.India.

Sylvia Stuckey
4174 Tracie Del Ln
Kingston, OK 73439
580-504-0501

June 9, 2021

Dear Sir or Madam:

I met Vic Williams and his family thirteen years ago when our daughters went to the same school and we all attended the same church. It has been my pleasure to get to know him personally over these years. I have visited his family's home on several occasions even after he moved several hours away.

Vic has been a person of integrity, high morals, and has a heart for helping people less fortunate both in our country and abroad. The fact that he has traveled to Africa providing for the needs of people there, including fresh drinking water, speaks volumes of his heart for people.

I am happy to call Vic a good friend. He has been nothing but kind, helpful and honest.

Sincerely,

Sylvia Stuckey

June 8, 2021

To Whom it May Concern:

I have known Vic Williams for over 30 years. We went to high school together where he never met a stranger and was well liked by everyone. Vic married my sister; Missy in 1994 and I have been proud to call him my brother-in-law since then.

Vic has always worked hard to support his family. Vic and Missy have two daughters and have instilled in them morals, respect, independence, and a strong work ethic. Both my nieces are now in their early 20's and have careers and college degrees. They are an example of parenting done right.

Vic has always been willing to give his time or money to help someone in need. He and Missy ministered to the youth in their local church for years. Vic also ministered to inmates at the prison he worked at and reached out to prisoners in the local county jail as well.

As a single mother, I struggled at times and was too stubborn to ask for help. Somehow, Vic and Missy sensed when there was a need and helped, both financially and emotionally, without ever asking for anything in return. I cannot count the times that they have helped me in one way or another, from encouraging words to giving me a car.

Vic is the founder of Called to Dream Foundation, a non-profit organization. which helped to provide clothing, shoes, schooling, and other necessities to children and adults in Kenya. Vic, Missy, and other family members made several trips to Kenya, and they were eventually successful in building a water well so that the residents had clean running water.

In the 30 plus years that I have known Vic, I have never seen an ounce of violence in him. Vic has always been a fun-loving, kind-hearted, caring man who loves his family, God, and his country.

Sincerely,

Shelli Rhodes

6/26/21
To whom it may concern,

I'm writing this letter in regards to Vic Williams. I have a mutual friend who I met when her husband pipelined in Ohio. My husband was also a pipeliner.
This friend knows that I have very strong faith in God, and a great Love for the United States of America, so she kept telling me I should add Vic and his wife as a Facebook Friend, which I finally did.  He would do a very encouraging message every night, speaking to God's love for us, and this country. I would watch every night. It was a very uplifting, encouraging message. Vic would get up at 3am every morning to read the Bible and pray for anyone that needed prayer, and also for our country. He was so knowledgeable and very much an inspiration. His wife Missy would send me Christian songs by email or text as encouragement. Then, in March I came to find out that they were going to be in Nashville, and they wanted to go to The Ark Encounter in Williamsburg, KY, so we decided to meet there, since I am outside Cincinnati. I spent the day with Vic & his wife Missy. What amazing people!  Listening to the stories of their life's journey….really amazing! They have helped so many people over the years, which I already knew, because our mutual friend had told me that they were always ready to help anyone in need. I think many of us feel called to help others, but to give up a year of income to go to another country to help people…well, most people won't/don't do that! I ordered coffee through his coffee business, which he sent to people serving in our military, instead of making a profit.

I am very grateful to have Vic & Missy as friends. I'm 63 years old, been around the block and it is rare to meet people like them with such strong faith, conviction and wanting to do the right thing to help whomever they can. I pray everyday for them, and I know God has big plans for them when this is over, and I pray that it is soon!

Lisa Ackels
West Chester, Ohio

7-1-21

To whom it may concern,

I am writing this testimony of the good character of Vic Williams. I have known Vic for over 14 years. I first met him in the oil fields of Arkansas. He worked tirelessly to support his family often being up for days at a time. Working in extreme conditions and with wrist impairment that would cause most any man to quit and find an easier job. While working with Vic I never saw anything other than a caring man who did everything that the company he worked for asked of him. This is my professional opinion of Vic.

Personally he was a loyal friend. He didn't receive much down time during the years we worked together but when he did he would make mission trips to help others. Spending his own time and money to benefit the kingdom of heaven. He and I both moved along to other jobs but I have seen him and his wife raise two good daughters and continue in the same upright path as when we worked together.

I would be more than willing to talk with anyone and discuss the loving, caring and patriotic man that I believe anyone would be lucky to call a friend.

Leslie Thomas
580-759-5061
4050 FM 1002
Big Sandy, TX 75755



308 Harrison Street
Taft, CA 93268

To Whom it may concern:

This letter is regarding Vic Williams. My husband and I have known Vic for over 30 years. We have never known him to be anything other than a devoted follower of Christ and dedicated family man.

He has worked very hard over the years to provide for his beautiful family. In addition to working he has often actively sought out ways he could give to help those less fortunate and encourage his fellow man.

He founded the Called to Dream Foundation in order to help provide clean drinking water, shoes, farms, businesses, food, bedding, and schooling for the people and children of Kenya.

He has given freely of his own resources over and over and driven miles at his own expense just to help someone in need or pray with them.

Vic has so much more to offer and I have no doubt he will be searching for ways to help others for the rest of his life.

Sincerely,

Sheryl Pittman

Worship Director
Women's Ministry Leader
New Hope A Place to Connect

**Michael B. Huddleston, PhD**
**6201 Abbott Avenue**
**North Richland Hills, Texas 76180**
**drmikehuddleston@gmail.com**
**979-255-3388**

June 9, 2021

To whom it may concern:

The intent of this letter is to show my wholehearted support for Vic Williams and provide insight into his character.

I was introduced to Vic through a mutual friend. At the time of this introduction, I was on a job assignment out of state and my wife became ill. Vic contacted me to inquire what he could do for us and volunteered to pray for my wife's healing and recovery. Vic and his wife Missy drove five hours from Odessa to Fort Worth to care for my wife and pray for her. They even made a second trip to provide additional care for her. They continue to stay in contact with us and remain committed to her recovery.

I have numerous lifelong friends, but Vic is the only person that voluntarily reached out to me and took the time and effort to lend a helping hand. Vic and Missy genuinely care for the interest of our family. They took these actions after our introduction through a mutual friend. This alone, shows the character of Vic Williams. He is a kind, caring and compassionate person that spreads peace and joy to countless individuals. This world needs more Vic Williams!

I am happy to provide additional details and would enjoy the opportunity to answer any questions you have.

Kind Regards,

*Michael B. Huddleston*

Michael B. Huddleston, PhD

6-14-21
To whom it may concern,

It is a genuine honor to write this letter on behalf of Vic Williams. I feel very strongly about Vic and about the person that he is and would like for you to feel the same way.

I have known Vic for fifteen years. I can honestly say that he is a man that leads by example. He is a loyal and dedicated individual in both his personal and professional life. Having known him for so long I can tell you that he is someone that I trust whole heartedly. He is kind and generous. He has always been there for me. Vic has always followed his heart and has a strong since of Christian values that he applies to both his personal and professional life. He is someone that would literally give you the shirt off his back. In short Vic is the embodiment of kindness, morals, and love.

Sincerely,

Levi Simmons

6-26-2021

To whom it may concern,

I have known Vic Williams his whole life. He has been an outstanding Christian person dropping everything to help others.

Vic dropped everything and came and preached at my dad's funeral. It was an unexpected loss so it was very special for us for him to do the service .

He has helped so many with his own resources. He has a giving spirit for anyone in need.

He has been a great family man and has always taken very good care of his family supporting them with all he had and gave all his love and care.

Sincerely,

Kim Hopkins

6/16/2021

To Whom it May Concern:

I am writing this letter on behalf of Vic Williams. My name is Julie Grassi, cousin to Vic Williams. I am a Lead Financial Analyst with over 20 years in the oil and gas industry. I've known Vic all my life. He has always been more to me than family, he's someone I've looked up to all my life.

Vic came from humble beginnings, he never went without, but his family struggled financially. I think this is the very moment as a young boy that he aspired to be more in life. He always dreamed big, but not only was he a dreamer, he was a doer. He worked hard all his life and was loved by all his friends and peers. He was a born leader being voted as our High School President and who could forget also "the class clown". He played sports in high school, led the school as president, and always made people laugh. After high school, he moved out of California to dream bigger and to provide for his family.

If I had to define my cousin in one word it would be conviction. Conviction is defined as someone thoroughly convinced that something is absolutely true that you take a stand for regardless of the consequences. He has an upstanding moral compass, principles, and values. His unfailing faith and strength are being tested at this moment, but he is the type of person that has so much courage when challenged. He has the foresight to see that God has a plan in all our challenges, struggles and everything in between.

He is a family man, married for 27 years to Missy and has two amazing daughters. He is the founder of Call to Dream Foundation, which gives opportunities and hope to others in Africa for a better future. He is an upstanding citizen who believes in the constitution, loves God, and loves his country.

Vic is a teacher to many, willing to stand up for his convictions, he has made an awesome impact among his family and friends. Vic would be the first one to apologize for his mistakes, but he will never apologize for being who he is. An overcomer, overachiever, a man of Faith who would never hurt anyone.

Sincerely,

Julie Grassi



6/08/2021

To Whom it may concern:

I am writing regarding Vic Williams. I have known Vic for at least 30 years. All that time he has been a great example of a true Christian showing love to all and reaching out to many to help them.

He has always put his family first and worked hard and many hours to provide for them.

He is the founder of the Called to Dream Foundation. This organization has reached out to the people and children of Kenya to help provide clean drinking water, food, clothing and schooling for them.

There have been many instances when Vic saw a need he used his own resources, finances, and time to help those in need.

He is a dear friend and fellow brother in Christ who I'm sure will continue to help anyone or anywhere he sees a need.

Sincerely,

Joey Pittman

Pastor, New Hope

6-8-21


TO WHOM IT MAY CONCERN:


My name is Gayle Lee.  I live in Boswell, OK.

I have known Vic Williams for many years.  He has always had a servants heart and a heart for God, family, and country.  Over the years, he has served faithfully in his local church, gone on mission trips to Mexico, done jail ministry where I witnessed a powerful move of God and many were saved and baptized for Christ.  This man has gone to Africa to drill water wells for villages and taken supplies for their schools and ministered to them in every way he could.  He has ministered to our troops overseas and sent them supplies and specialty coffee.

Vic Williams is a man of high character and morals, a hard worker who contributes to society.  I am honored to call him a friend and a brother in Christ and a fellow patriot who loves his country.  I love this man and all he stands for.  I pray for favor and blessings on him.


Sincerely,


Gayle Lee

Owner of A Plus Medical Supplies, Boswell OK

Phone:  580-566-1938

June 14, 2021

To whom it may concern:

This in regards to Vic Williams. I have known Vic for six plus years and has always been an exemplary citizen of wherever he has lived. My dealings with him have been in work and social contexts. He treats everyone with the utmost respect and dignity.

Vic has friends from all different walks of life and I've never heard him say a disparaging thing about anyone. He walks with Christ and works diligently as a family man along with his work duties.

I have seen him go above and beyond for customers in the working environment. He has taken calls all hours of the night and also does this for his friends. He has a can do attitude for everything and wants everything to be done right.

Vic's hard work and dedication to his craft has led him to be the top salesman for a large corporation during his time in Houston, TX. Also, I've seen his interactions with his family and trying to provide the best life he can for them.

Best regards,

Brian Hammit

24314 Bludana Ln. Richmond, TX. 77406.  405-795-9541  jealco@gmail.com

June 10, 2021

To whom it may concern:

My name is Jesus Alexander Contreras Posadas and I have known Mr. Vic Williams for at least six years. Mr. Williams and I met through our job where he immediately took me under his wing, both professionally and personally.

During this time, Vic has been nothing but amazing; a great human being, a mentor, kind, professional, respectful, responsible, and always willing to lend a hand in those in need.  When he first heard of the crisis in Venezuela, my country of origin, he immediately took it upon himself through his Non-Profit Foundation to assist in any way possible. His actions helped bring joy by clothing and feeding many people in need more than once. My family, town, and myself are eternally grateful. I've been blessed to have met him and his family as I believe he is a man guided by faith. Mr. Williams has touched many other family lives here in his home country as in others without any prejudices.

God test us every day in different ways and I am 100% his actions as a family man, friend, employee, Christian, and fellow American are always well intended and kind at heart.

Sincerely,

Jesus A. Contreras Posadas, Eng.

6/10/2021

To whom it may concern,

My name is Debbie Martinez, I am writing on behalf of Vic Williams. I've known him for many years. He Married my niece Missy in 1994. They moved from California right after they were married, from California to Missouri to go to bible college. Vic and Missy have always had a giving heart and were always there to help people whether it was praying for them, just listening to them or helping them out financially. Vick worked for the prison system in Oklahoma and they raised two wonderful daughters, Kelssi and Kylie. They lived in Durant Oklahoma, and when the girls were still young, Vic went to work for Halliburton and was with them for many years. Later when the girls were grown they moved to Houston and he continued to work in the oil industry, later they moved to Odessa where they currently live. Vic is the most gentle person you would ever meet, he just loves people .Several years ago my grandson went to live with them when he was having a hard time and when we approached them about it there was no reservation, they just said yes, whatever we can do to help. Vic and Missy gave up a year of their lives to work for God. They started a non profit organization to drill water wells in Africa. Vic and other of his family members have made several trips to Africa to help the less fortunate. Vic is a patriot, he loves this country and God with all of his heart and he didn't take part in any violence on January 6. It is just so unfair to arrest a man like this who has never had any kind of criminal record. I pray that you will do the right thing for this amazing man.

Sincerely,

Debbie Martinez

06/16/2021
To Whom It May Concern:

Since the news of Vic (Stiemy) Williams's arrest, he and his family have been persecuted unjustly. They
are constantly accused of such things as racism and terrorism. Nothing could be further from the truth.
Anyone who would believe such lies obviously knows nothing of Stiemy or his family. They are as decent
a people as you can find. They live by Christian morals and are upright, law-abiding citizens. They have
been involved in various ministries to help others, both in the United States and abroad. Stiemy has a
heart toward the less fortunate and often sacrifices to provide for them. He is a proud American patriot
who would never intentionally break the law. Such a thing goes totally against his nature. It is not the
type of person he is. He has been portrayed as a violent, right-wing extremist. Anyone who knows him
knows how ludicrous such an accusation is.

I wholeheartedly support Stiemy in this pursuit of justice. He does not deserve to be treated the way he
has been, nor does he and his family deserve the character assassination they have experienced. This
needs to be made right, immediately.

Sincerely,

LTC Wesley D. Parker USA (Ret)

6-8-21

**To Whom It May Concern:**

My name is Jan W. Lee.  I live in Boswell, Oklahoma.

I have known Vic Williams since the early 1990's.  He attended the church which I pastored.  He was previously attending a Christian college before he moved to Boswell.  He immediately became involved in our church, regularly helped my wife in children's church, or wherever he was needed.  He was a faithful member of my church for several years.  During this time he worked for the Oklahoma Prison System as a security guard.

Later, he moved and started working in the oil industry as a directional driller.  During this time, he started a ministry in Africa where he and his father-in-law drilled several water wells and attempted to help these impoverished people on a daily basis.  All the time using his own money.  Vic was dedicated to help the African people have a better life.

Vic is also a patriot for the country he loves, America.

We will all stand before a Supreme Judge someday soon, to receive our sentence.  I believe when that day comes, Vic will receive his sentence for his life's work here on earth.  I believe with all my heart, that Jesus will utter these words over Vic, "Well done good and faithful servant, enter into the joys of the Lord."

I believe Vic is guilty of these things, 1) He loves his family  2)  He loves his country enough to be a true patriot  3)  He also loves the Lord Jesus Christ.

God Bless,

Pastor Jan W. Lee

624 E 2070 Rd, Boswell OK  74727

Phone:  580-513-0403

6/11/21

I have Known Vic Williams for at least 30 years. Vic is one of the most caring giving men I have
ever known.  I have seen him and Missy give when they themselves had to do without. I
personally know of four cars that they have given to people in need. I've witnessed Vics
generosity in many many ways. After having been ripped off by a con artist I watched him take
what little money he had left and traveled to a remote village in Kenya and plant that seed to
help the people in Lugari Kenya. From there Vic and his Wife Missy started a non profit
foundation funded mostly by themselves they named Called to Dream and continued to do work
in Kenya drilling water wells starting a pig farm to help the villagers and sponsoring several
orphans so they could attend high school. They have done humanitarian work in Venezuela and
India. Vic is a good father, a Patriot and a great American. He is guilty of nothing but loving his
country and trying to help people.

Rick Selby

6-18-2021

My name is Debjani (Raya) Sharma. I'm writing regarding Vic Williams.

I've known Vic for close to 5 years now. He was introduced to me as my husband's colleague but it was just a matter of time when he and his family became an integral part of our lives . Their simple and unassuming manner of life, their innate ability to embrace everyone with love and their close connection to God is what made us such special friends. In spite of the fact that we're from India and relatively new to this country never once do we ever feel ' different' when we are with them . On the contrary my love for this country has grown manifold because I truly believe that good people like them is what makes this country great.

About Vic - words cannot do justice to describe the kind of person he is . The most giving , generous human being and the kindest soul I've ever known. The desire to help people comes naturally to him because it's a calling from God. He started his own foundation ' Call to Dream' to provide a better future for the underprivileged children of developing countries. Almost all the expenses of running this foundation is borne by him and his family and this speaks volumes about his selflessness. He is someone who makes you believe that there really is good in the world and anyone who misjudges him doesn't know the real him.

What is happening with him is unfair, sad , and really upsetting but I know that he'll get through these hard times because there are certain people who make the world a better place just by being in it and Vic Williams is definitely one of them.

Sincerely,

Debjani ( Raya) Sharma